UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ORDER ON DEFENDANT'S REQUEST FOR VIDEO APPEARANCE

UNITED STATES OF AMERICA )
) CITATION NO.: E2069869
v. )
) Case # 6:24-po-00396-HBK
)
SAMANTHA THOMAS COLEMAN )
)
)
_____ )

**Type of Case:** CENTRAL VIOLATIONS BUREAU VIOLATION NOTICE

On August 30, 2024  Defendant filed a request for a video appearance for Her initial appearance scheduled for November 6, 2024 at:

U.S. District Courthouse - Yosemite
9004 Castle Cliffs Ct
Yosemite Valley, CA 95389

**OFFENSE(S):** 18:113E.M, SIMPLE ASSAULT WITHIN MARITIME AND TERRITORIAL JURISDICTION

Defendant requests a video appearance because

She resides out of state and cannot afford to get back to California.

In consideration of Defendant's stated reasons for a video appearance, Defendant's request for a video appearance is Granted .

Defendant is required to appear at: 310 New Bern Ave, Raleigh, NC 5th Floor Courtroom

A Failure to Appear on the above date will result in an Issuance of a Bench Warrant and/or Abstract on your Driving Record, depending on the charges.

Dated: October 10, 2024

/s/ Helena Barch-Kuchta
U.S. Magistrate Judge Helena Barch-Kuchta

cc: U.S. Attorney, Fresno Office - Misdemeanor Unit
Federal Defender, Fresno Office

CRD Initials  PA

CAED (Fresno)- Misd. 4 (Rev. 1/2019)