HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Lisa_Lumeya@fd.org

Counsel for Defendant
SAMANTHA THOMAS-COLEMAN

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMANTHA THOMAS-COLEMAN,<br><br>    Defendant. | Case No. 6:24-po-0396-HBK<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PROBATION AND ORDER** |

Samantha Thomas-Coleman, by and through undersigned counsel, hereby moves to modify the conditions of her probation pursuant to 18 U.S.C. § 3563(c). The government does not oppose this motion and requested modification.

On May 16, 2025, Ms. Thomas-Coleman appeared before this Court and pleaded guilty to one count of simple assault under 18 U.S.C. § 113(a)(5). That same day, the Court sentenced her to a 12-month term of supervised probation with the conditions that she obey all laws; pay a $10.00 special assessment fee; abstain from having contact with C.W. and A.C.; participate in an outpatient mental health treatment or anger management as directed; and complete 60 hours of community service with "an organization that works with victims of violent crimes." ECF No. 21.

Ms. Thomas-Coleman has worked diligently to move forward and successfully comply with each of her conditions. Indeed, Ms. Thomas-Coleman paid her $10.00 special assessment fee, ECF No. 23, and remains in perfect compliance with the ongoing standard and special

conditions. As noted by her probation officer, "Ms. Thomas-Coleman has not incurred any new criminal charges, no violation conduct has been detected, and she has maintained appropriate communication with the U.S. Probation Office. Additionally, she is participating in mental health counseling services and otherwise fully compliant." *Ex. A*, Letter from Probation Officer Medley.

Upon the start of her supervision, Ms. Thomas-Coleman has worked closely with Probation Officer Medley to identify an organization where she could complete the court-ordered community service. To do so, Ms. Thomas-Coleman and Officer Medley researched and attempted to make contact with organizations working with victims of violent crimes. Despite her efforts, as well as Officer Medley's efforts, she has been unable to identify an appropriate organization in the area that would allow her to contribute 60 hours of service. Ms. Thomas-Coleman and Officer Medley have continuously updated undersigned counsel of their inability to identify an appropriate organization, and the United States Probation Office supervising Ms. Thomas-Coleman in the Eastern District of North Carolina requested whether this Court would consider a modification to the community service condition.

Due to the challenges described by Officer Medley in working to identify an organization for several months, and in consideration of Ms. Thomas-Coleman's continued compliance, she respectfully requests a modification of Special Condition 5, allowing her to complete the 60 hours of community service at an appropriate non-profit organization as recommended by her supervising probation officer. Such a modification would grant the probation officer the ability to locate an organization as close to the Court's intended order within the boundaries of what exists within the relevant jurisdiction.

//
//
//
//
//
//

Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Date: October 14, 2025           */s/ Lisa N. Lumeya*
                                    LISA NDEMBU LUMEYA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    SAMANTHA THOMAS-COLEMAN

# **O R D E R**

**IT IS SO ORDERED.** Good cause appearing and pursuant to 18 U.S.C. § 3563(c), the Court hereby modifies the conditions of Ms. Thomas-Coleman's term of supervised probation as follows: Ms. Thomas-Coleman must complete an additional 60 hours of community service at a non-profit organization as deemed appropriate and recommended by her supervising probation officer.

Dated:   October 14, 2025                                      
                                                      HELENA M. BARCH-KUCHTA
                                                      UNITED STATES MAGISTRATE JUDGE